

# NUMBER 13-21-00114-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF A.M.M., M.A.M., K.A.M., J.G.M., J.E.M., AND J.I.M.P., CHILDREN

---

### On appeal from the 138th District Court
### of Cameron County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Order Per Curiam**

This is an appeal of a final order terminating parental rights. The notice of appeal was filed on April 21, 2021, and appellant's brief was due June 22, 2021. Appellant has filed a motion for extension of time, providing the reason for her request therein. Appellant seeks thirty days of additional time to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited

deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

We GRANT in part AND DENY in part appellant's motion for extension of time and ORDER appellant's brief to be filed on or before July 12, 2021. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Delivered and filed on the
22nd day of June, 2021.

2